UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH TUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　Defendants. | 1:13-cv-00269-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF NO. 25) |

　　　　Balwinder Singh Tung ("Plaintiff") is a state prisoner proceeding *pro per* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The case is currently on appeal. (ECF Nos. 21 & 22). On January 20, 2017, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 25). The Court will deny the application because Plaintiff is already proceeding *in forma pauperis* (ECF No. 4). Therefore, Plaintiff's current application is moot.

　　　　Accordingly, IT IS ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**January 23, 2017**　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1